UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

GWENDOLYN STITZEL, :
:
    Plaintiff : No. 3:16-CV-0391
:
vs. : (Judge Nealon)
:
NANCY A. BERRYHILL, Acting :
Commissioner of Social Security, :
:
    Defendant :

**ORDER**

**NOW, THIS 9TH DAY OF NOVEMBER, 2017**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal, (Doc. 1), is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff, Gwendolyn Stitzel, disability insurance benefits and supplemental security income is **VACATED**;

3. This matter is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings;

4. Judgment is entered in favor of Plaintiff and against Defendant; and

5. The Clerk of Court is directed to **CLOSE** this case.

                                                            /s/ William J. Nealon
                                                            **United States District Judge**